IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

WINSTON KNAUSS,

    Plaintiff,

v.

M/V CANAVERAL STAR, F/K/A
M/V EXCALIBUR, F/K/A MR.
WINSON, an 85' passenger vessel,
U.S.C.C. Official Number 1056516,
her masts, boilers, cables, engines,
appurtenances, etc., in rem,

    Defendant.

_____\

CASE NO.: 00-7779-CIV-JORDAN
MAGISTRATE JUDGE BANDSTRA

## MOTION TO INTERVENE

Comes now, JAMES THOMPSON, through undersigned counsel and pursuant to Rule 24, of the Federal Rules of Civil Procedure and Local Admiralty Rule E(2), hereby moves to intervene and for leave to file the attached proposed Intervening Complaint in this case and states:

1. The Plaintiff in intervention, JAMES THOMPSON has a maritime lien against the vessel M/V CANAVERAL STAR, arising from personal injuries sustained aboard the vessel and therefore has an interest in the vessel within the meaning of the aforementioned rules. personal injuries.

2. That pursuant to Local Admiralty Rule E(2), the vessel has not been the subject of an Order for Interlocutory Sale at the time of filing this Complaint in Intervention.

3. That due to the nature of this in rem admiralty action, Intervener's rights in the

1



Vessel will be extinguished by an admiralty sale of the vessel. Therefore, unless the Plaintiff is allowed to intervene, his rights will be foreclosed.

4. No party already in the case will adequately represent the interests of JAMES THOMPSON as all of the other parties Plaintiff are competing lien claimants.

5. Attached hereto is a proposed Intervening Complaint.

WHEREFORE, JAMES THOMPSON prays that this Court enter an Order allowing him to intervene and for its attached Complaint in Intervention to be allowed in this action and file as Plaintiff's Intervening Complaint as to authorize the Clerk to issue a Supplemental Warrant of Arrest as provided for in Local Admiralty Rule E(2)(a).

## MEMORANDUM OF LAW

The intervention proposed here should be permitted based upon the authority of Rule 24, of the Federal Rules of Civil Procedure and Local Admiralty Rule E(2).

Local Admiralty Rule E(2)(a) provides for intervention of right prior to an order of sale and provides that any person having a claim against the vessel arrested by the Marshal may as a matter of right file an intervening complaint at any time before an order is entered by the Court scheduling a vessel for sale. Therefore, this intervention should be allowed.

                MICHAEL J. McHALE, P.A.
                801 Spencer Drive
                West Palm Beach, FL 33409
                (561) 687-9400
                (561) 242-0122 (Facsimile)

                _____
                MICHAEL J. McHALE, ESQUIRE
                FL BAR NO.: 875650

## CERTIFICATE OF SERVICE

    IT IS HEREBY certified that a true and correct copy of the foregoing has been provided by First Class U.S. Mail, this ____ day of January, 2001, to: Laurence F. Valle, Esquire, 80 SW 8th Street, Suite 2520, Miami, FL 33130, David F. Pope, Lau, Lane, Pieper, Conley & McCredie, 100 S. Ashley Drive, Suite 1700, P.O. Box 838, Tampa, FL 33601, B. Gray Gibbs, Esquire, 100 2nd Avenue South, St. Petersburg, FL 33701, Mr. Bernie Weintraub, Space Coast Cruises, Inc. 940-A Mullet Drive, Cape Canaveral, FL 32920.

                                       MICHAEL J. McHALE, P.A.
                                       801 Spencer Drive
                                       West Palm Beach, FL 33409
                                       (561) 687-9400
                                       (561) 242-0122 (Facsimile)

                                       _____
                                       MICHAEL J. McHALE, ESQUIRE
                                       FL BAR NO.: 875650