IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

WINSTON KNAUSS,

    Plaintiff,

CASE NO.: 00-7779-CIV-JORDAN
MAGISTRATE JUDGE BANDSTRA

v.

M/V CANAVERAL STAR, F/K/A
M/V EXCALIBUR, F/K/A MR.
WINSON, an 85' passenger vessel,
U.S.C.C. Official Number1056516,
her hull, boilers, cables, engines,
appurtenances, etc., in rem,

    Defendant.

_____\

### JAMES THOMPSON'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRO RATA CONTRIBUTION AND MOTION TO DISMISS INTERVENING COMPLAINTS

Comes now, JAMES THOMPSON, through undersigned counsel and hereby files this his Memorandum in Opposition to Plaintiff's Motion For Pro Rata Contribution and to Dismiss Intervening Complaints.

JAMES THOMPSON adopts in full the rational and position as stated by Plaintiff, **CAROL M. GEICK, in her Memorandum** in Opposition to the same Motion. Succinctly, that any arrest and foreclosure of the Vessel by Intervening Plaintiffs would be in violation of the Automatic Stay in Bankruptcy and cause the Debtor's preferred mortgage to be invalidated. See, 11 U.S.C. § 362(a); In re Westee Corp, 460 F.2d 1139 (5th Cir. 1972).

WHEREFORE, the above premises considered, Intervenor, JAMES THOMPSON respectfully requests that Plaintiff's Motion be denied and all requested relief withheld.

1

Intervenor requests any further and different relief deemed just and equitable.

MICHAEL J. McHALE, P.A.
801 Spencer Drive
West Palm Beach, FL 33409
(561) 687-9400
(561) 242-0122 (Facsimile)

_____
MICHAEL J. McHALE, ESQUIRE
FL BAR NO.: 875650

## CERTIFICATE OF SERVICE

IT IS HEREBY certified that a true and correct copy of the foregoing has been provided by First Class U.S. Mail, this 15th day of June, 2001, to: Laurence F. Valle, Esquire, 9155 South Dadeland Boulevard, Suite 1000, Dadeland Center, Miami, FL 33156, David F. Pope, Lau, Lane, Pieper, Conley & McCredie, 100 S. Ashley Drive, Suite 1700, P.O. Box 838, Tampa, FL 33601, Jacob J. Munch, Esquire, Munch & Munch, P.A., 324 South Hyde Park Avenue, Suite 206, Tampa, FL 33606.

MICHAEL J. McHALE, P.A.
801 Spencer Drive
West Palm Beach, FL 33409
(561) 687-9400
(561) 242-0122 (Facsimile)

_____
MICHAEL J. McHALE, ESQUIRE
FL BAR NO.: 875650